ACCEPTED
14-14-01014-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/27/2015 1:52:30 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-01014-CV

In the Fourteenth Court of Appeals,
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/27/2015 1:52:30 PM
CHRISTOPHER A. PRINE
Clerk

_____

KINGS HIGH RANCH, LLC
Appellant
v.

ULTIMATE KOBE BEEF, LLC, ET AL,
Appellees

_____

From the 405th Judicial District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0343

_____

# APPELLANT KINGS HIGH RANCH, LLC'S UNOPPOSED MOTION TO STRIKE AND REPLACE PORTIONS OF THE REPORTER'S RECORD

_____

Andrew Mytelka
Angie Olalde
aolalde@greerherz.com
Stephen G. Schulz
GREER, HERZ & ADAMS, L.L.P.
2525 South Shore Blvd. Suite 203
League City, Texas 77573
409-797-3200 (phone)
866-422-4406 (facsimile)

Counsel for Appellant
Kings High Ranch, LLC

311451.1

**APPELLANT KINGS HIGH RANCH, LLC'S**
**UNOPPOSED MOTION TO STRIKE AND REPLACE**
**PORTIONS OF THE REPORTER'S RECORD**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellant Kings High Ranch, LLC files this unopposed Motion asking the Court to strike Volumes 5 and 8 of the Reporter's Record, and allow the court reporter to replace those volumes in full, but with redactions.

The purpose for replacing the volumes is to remove personal, confidential information from the record, which appears in 7 separate pages of Volume 5 of the Reporter's Record, and in 1 page of Volume 8 of the Reporter's Record. The court reporter has stated that she can redact this information and replace these two volumes in redacted form. The undersigned has conferred with counsel for Cross-Appellant Ultimate Kobe Beef LLC, and with counsel for Appellants Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, and has disclosed the specific requested redactions, and they are UNOPPOSED to this request.

Appellant Kings High Ranch, LLC therefore requests the Court grant this Motion and order that the current Volumes 5 and 8 of the Reporter's Record be stricken, and replaced with redacted versions.

Respectfully submitted,

GREER, HERZ & ADAMS, L.L.P.


/s/ Angie Olalde
Andrew Mytelka
State Bar No. 14767700
amytelka@greerherz.com
Angie Olalde
State Bar No. 24049015
aolalde@greerherz.com
Stephen G. Schulz
State Bar No.17848300
sschulz@greerherz.com
Greer, Herz & Adams, L.L.P.
2525 South Shore Blvd. Suite 203
League City, Texas 77573
409-797-3200 (phone)
866-422-4406 (facsimile)


## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellants, Bill and Elizabeth Fisher d/b/a Saranac, and with counsel for Appellees Ultimate Kobe Beef, LLC, Allison Godwin and Bruce Hemmingsen, and they are UNOPPOSED to this request to this request.

/s/ Angie Olalde

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served via electronic mail according to the Texas Rules of Appellate Procedure 9.5(e) on this 27th day of May, 2015, to the following:

George W. Vie
gvie@millsshirley.com
Mills Shirley, L.L.P.
400 Washington Building
2228 Mechanic Street
Galveston, Texas 77550
Attorney for Ultimate Kobe Beef, Allison Godwin, and Bruce Hemmingsen

Anthony T. Golz
agolz@cbylaw.com
Cokinos, Bosien & Young
1221 Lamar, 16th Floor
Houston, Texas 77010
Attorneys for Bill & Elizabeth Fisher d/b/a Saranac Oaks Ranch

S.R. Lewis, Jr.
Lewis & Williams, L.L.P.
SLewis@LewisAndWilliams.com
2200 Market Street
Galveston, Texas 77550
Attorneys for Champion Genetics, Inc.

/s/ Angie Olalde
Angie Olalde